**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Anthony Gerald WHITE, Sr.,**
**Defendant—Appellant.**

No. 07–7708.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 26, 2008.

Decided: June 30, 2008.

Anthony Gerald White, Sr., Appellant
Pro Se. Jane Meadowcroft Erisman,
Christopher John Romano, Assistant Unit-
ed States Attorneys, Baltimore, Maryland,
for Appellee.

Before KING and DUNCAN, Circuit
Judges, and WILKINS, Senior Circuit
Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Anthony Gerald White, Sr., seeks to ap-
peal the district court's orders denying
relief on his 28 U.S.C. § 2255 (2000) mo-
tion. The order is not appealable unless a
circuit justice or judge issues a certificate
of appealability. 28 U.S.C. § 2253(c)(1)
(2000). A certificate of appealability will
not issue absent "a substantial showing of
the denial of a constitutional right." 28
U.S.C. § 2253(c)(2) (2000). A prisoner sat-
isfies this standard by demonstrating that
reasonable jurists would find that any as-
sessment of the constitutional claims by
the district court is debatable or wrong
and that any dispositive procedural ruling
by the district court is likewise debatable.
*Miller–El v. Cockrell,* 537 U.S. 322, 336–
38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003);
*Slack v. McDaniel,* 529 U.S. 473, 484, 120
S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose
v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001).
We have independently reviewed the rec-
ord and conclude that White has not made
the requisite showing. Accordingly, we
deny White's motion to remand, deny a
certificate of appealability, and dismiss the
appeal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*DISMISSED.*